**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6285**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CARMEN BLANCO CRUZ,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Solomon Blatt, Jr., Senior District
Judge.  (CR-93-267, CA-98-714-9-8)

─────────────

Submitted:  August 19, 1999          Decided:  August 25, 1999

─────────────

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Cir-
cuit Judge.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

W. Gaston Fairey, FAIREY, PARISE & MILLS, P.A., Columbia, South
Carolina, for Appellant.  Matthew R. Hubbell, Assistant United
States Attorney, Charleston, South Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carmen Cruz seeks to appeal the district court's order denying her motion filed under 28 U.S.C.A. § 2255 (West Supp. 1999). We have reviewed the record, the district court's order, and the transcript of the hearing at which the court stated its reasons for denying Cruz' motion and find no reversible error. We agree with the district court that counsel's alleged error was not a structural defect in Cruz' trial and that Cruz failed to satisfy the standard for claims of ineffective assistance of counsel as set forth in <u>Strickland v. Washington</u>, 466 U.S. 668 (1984). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>